UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUICE IT UP FRANCHISE CORPORATION,

    Plaintiff,

v.

                                                Case No. 6:05-cv-1230-Orl-22KRS

INDIGO ENTERPRISES, LLC,

    Defendant.

_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff, JUICE IT UP FRANCHISE CORPORATION, and the Defendant, INDIGO ENTERPRISES, LLC, through respective counsel and pursuant to Rule 41(a)(1), *Fed. R. Civ. P.*, and hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own fees and costs

Respectfully submitted this 6 day of February, 2006.

| | |
|---|---|
| Nancy E. Brandt, Esq. | David S. Cohen, Esq. |
| Fla. Bar No. 65102 | Fla. Bar No. 970638 |
| **Bogin, Munns & Munns** | **Law Office of David S. Cohen** |
| 2601 Technology Drive | 5728 Major Boulevard, Suite 550 |
| Orlando, Florida 32804 | Orlando, Florida 32819 |
| Tel. 407-578-1334 | Tel. 407-354-3420 |
| Fax 407-578-2181 | Fax 407-354-3840 |
| Attorneys for Plaintiff | Attorneys for Defendants |