# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUICE IT UP FRANCHISE CORPORATION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-1230-Orl-22KRS**

**INDIGO ENTERPRISES, LLC,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

Upon the parties' Joint Notice of Voluntary Dismissal with Prejudice (Doc. No. 34), filed February 9, 2006, it is **ORDERED** and **ADJUDGED** that

    1.　This cause is hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii).  Each Party shall bear its own fees and costs.

    2.　Any pending motions are hereby **DENIED** as moot.

    3.　The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 13, 2006.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record